UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Wanda Louise Dowell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-00296-UNA |
| ) | |
| Dollar Tree Stores, Inc., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The above styled and numbered case was opened on March 9, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:21-cv-00038**-ACL**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00296 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 9, 2021                    By: /s/ Michele Crayton
                                            Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00038-ACL.**